United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  SCOTT JOHNSON,
              Plaintiff,         Case No. 21-cv-05210-WHO
8
        v.
9                                **ORDER OF DISMISSAL UPON SETTLEMENT**
   IOWA CITY BUSINESS GROUP, LLC,
10
              Defendant.
11
12
13      The parties to the action, by and through their counsel, have advised the Court that they have
14 agreed to a settlement.
15      IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings
16 scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court,
17 with proper notice to opposing counsel within ninety (90) days from the date below, that settlement
18 has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for
19
20 further proceedings. **IT IS SO ORDERED**.
21 Dated: September 22, 2021
22                                  
23                                  _____
                                    WILLIAM H. ORRICK
24                                  United States District Judge
25
26
27
28